IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GOR GEVORKYAN, POONAM GUPTA, and ERIC MOLINA, on behalf of themselves and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>LEDGER SAS and LEDGER TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 3:24-cv-00128-CRB |

**[~~PROPOSED~~] ORDER**

The Court has considered the Joint Motion to Transfer Venue Under 28 U.S.C. § 1404(a) ("Motion") jointly filed by the parties in the above-captioned matter. For the reasons stated in the Motion, the Motion is GRANTED. The Clerk is DIRECTED to transfer the above-captioned case to the U.S. District Court for the Northern District of Illinois.

Dated: March 1, 2024

By: _[signature]_
CHARLES R. BREYER
US District Judge